IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ALFREDO PALLARES RAMIREZ, § | |
| § | |
| *Petitioner*, § | |
| § | CIVIL ACTION NO. H-09-0062 |
| v. § | |
| § | |
| NATHANIEL QUARTERMAN, § | |
| § | |
| *Respondent*. § | |

## FINAL JUDGMENT

For the reasons stated in this Court's *Memorandum Opinion and Order* of even date, this civil action is **DISMISSED WITH PREJUDICE**.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas on the 14th day of January, 2010.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE